DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**N. ROBINSON** and **M. ROBINSON,**
Appellants,

v.

**INTERNATIONAL HOUSE OF PANCAKES** a/k/a **INTERNATIONAL HOUSE OF PANCAKES, LLC,** a foreign limited parent company, a Delaware company, **NOSNAWS CORP.,** a Florida corporation, **SUNSHINE RESTAURANT MERGER SUB, LLC, SUNSHINE RESTAURANT PARTNERS, LP, SUNSHINE RESTAURANT PARTNERS, GP, LLC, SUNSHINE RESTAURANT HOLDINGS, LLC,** all registered with Florida as State of Georgia business entities, doing business in Florida under the fictitious name of **SUNSHINE RESTAURANT PARTNERS, LLC,** a limited liability company, and **RONALD NIELLY,**
Appellees.

No. 4D18-1923

[March 21, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John Joseph Murphy, Judge; L.T. Case No. CACE 2009-042009.

Freeman A. Mark of Mei & Mark LLP, Boca Raton and Edward J. Naidich of Mei & Mark LLP, Washington, DC, for appellants.

Kenneth R. Drake, Scott A. Markowitz, William C. McCue and Doron Weiss of Demahy Labrador Drake Victor Rojas & Cabeza, Coral Gables , for appellees.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***